United States District Court
Northern District of California

1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| THE BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> ERNEST BORBOR DEE, <br><br>  Defendant. | Case No. 19-cv-07434-WHO <br><br> **JUDGMENT** |

Pursuant to the court's order adopting Magistrate Judge Kandis A. Westmore's Report and Recommendation, judgment is entered in favor of plaintiffs.

**IT IS SO ORDERED.**

Dated: October 8, 2020



WILLIAM H. ORRICK
United States District Judge